# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| HUA AN YE,  Petitioner, | Case No. 1:18-cv-167 |
| vs. | Judge Timothy S. Black |
| JEFF SESSIONS, *et al.*,  Respondents. | Magistrate Judge Stephanie K. Bowman |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 7) and
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on May 24, 2018, submitted a Report and Recommendation. (Doc. 7). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon considering the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 7) is **ADOPTED**;

2. Respondents' motion to dismiss (Doc. 5) is **GRANTED**; and

3. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 7/31/18

*Timothy S. Black*
Timothy S. Black
United States District Judge